Rocky Annis    Doc — Complaint employees Hummer Co.

Doc. 8-24-23    R. Fox 14

<u>Notice to the Clerk on the United States Courts.</u>

Please see to it that A United States Prosecutor gets A copy of the enclosed Documents. And this Notice.

<u>Notice to the United States Prosecutor</u>

I wish A Complete Federal Investigation Into these Issues Raised herein. (I'm certain one is under way) But I wish as A victim, to be informed on the outcome of this Investigation as soon as possible.

Thank You.

United States Courts
Southern District of Texas
FILED
AUG 30 2023
Nathan Ochsner, Clerk of Court

Rocky Annis Cooperative employee alliance Co.
V.
Harris County Employees    Second Poc 8-24-23  P. 2 on 14

I Bring His Civil Action Employees, and Volunteers, and otherwise workers, of Harris County Involved In the described Conspiracy. Under the Following Authorities.

United States Courts
Southern District of Texas
FILED
AUG 30 2023
Nathan Ochsner, Clerk of Court

18 USCS 1595 — Mandatory Restitution
18 USCS 1964 — RICO Act — Civil Remedy
18 USCS 2707 — Civ. Act. Unlawful Access to Stored Comm.
42 USCS 1983 — Civil action for Deprivation of Rts.
42 USCS 1985 — Conspiracy to Interfere with Civil Rights. — Civil Remedy Subsects (2) + (3)
42 USCS 1986 — Neglect to Report Conspiracy — Civil Action
42 USCS 1988 — Proceeding in Vindication of Civil Rts.
42 USCS 1997 *a, *c, d, +e — Institutionalized Persons Act.

(Taking Note of 22 USCS 7101 subsect (b) (findings) subsects (3), (8), (9), (10), (11), (13), (14), (15), (16), (17), (19), (20), (21) + (22); 22 USCS 2152 Sect. 2 (findings + 18 USCS 2340; 42 USCS 2000dd; [See "Continuing Violations Doctrine"])

Also Noting Tex.Pen.C. 7.01-7.02, + 6.03 + 39.02 + 39.03 + 39.04 + 36.02 + 36.03 + 36.04 + 36.05 + 36.06 + 38.171

And 18 USCS 241-242 + 1512-1513-1514; 18 USCS 1708-1709 + 1589@(3)-1590

Rocky Annis - Complaint - Employees Hemr Co
Second Doc. 8-24-23
P. 3 of 14

TCCP 2.03(a)+(b); 2.04-2.05, 1.05+1.08
And Special Note on TCCP 16.18

Texas Commission on Jail Standards Part 9 (ALL)
19 TAC § 127.627 + 127.626
37 TAC § 380.9723 + 37 TAC § 12.3
22 TAC § 133.99 + 4 TAC § 7.130 + 7 TAC § 25.31

First Amendment & eighth amendment to the United States Constitution.

Amendments four, five, six, and fourteen of the United States Constitution.

Rocky Annis
v:
Every guard, Ranking officers
Medical Staff, Maintenance staff
or otherwise At Harris County Jail,
from May 2021 to Present day

The United States.

Second                    Pg 4 of 14
Doc. 8-24-23

"Complaint Against every single guard And Ranking officer, Medical staff, Maintenance staff, or otherwise Staff, At Harris County Jail (from May 2021 to Present) for (1) Deprivation of Rights, (2) Conspiracy to Interfere w/ civ. Rts, (3) Neglect to Prevent Conspiracy, And other Statutes Prior Sited, (18 USC 1983, 1985, 1986 etc..)

* I Rocky Annis, Inmate #01841742, At the Harris County Jail, In Harris County Tx. Am 43 Years of Age, And Mentally Competent to Be Making this Affirmation\Complaint\ And Request for Relief. Against every single guard, Medical Professional (or any Other Staff, Who, Rather Directly or Indirectly Had contact, or even Had the chance or Contact with me.) At the Harris County Jail Between May of 2021 And the end of My encarceration Which Has Not Accomplished Yet.

This Complaint is Made In Pursuance of the Many grievances, And Requests I've filed (via the only Real Avenue I'm given for this at this Jail) Plus the Inmates kiosk System "GTL GENESIS.COM", And Pursuant to All of the other Many Requests I've filed, Nearly All of Which Report Actual Crimes (fellony's.) - Conspiracy Against + Deprivations of Rights And Privileges that are Given to Other Inmates, Who Have Not Reported Crimes Such as torture, And Human trafficking.

Rockymir's Complaint — employees Harris Co.    Pg 5 of 14
Second
(Which Has occured At His Jail — 18 USCS 2340 - & 20 USCS 2000 dd
18 USCS 1589(c)(3) + 1590) By Means Of Corruption, Abuse
Of Law, And Legal Process. Having Me Illegally Held
At His Jail, under the Pretense Of An Illegal + Manufactured
Charge, So that My Unconsented Servitude, As A Subject
Of "Illegal Human Medical experiment" 42 USCS 35156
Could Be obtained, And My Reports Of Crimes Could be
Suppressed, By the Lascivious, And Royless Depravitions
Of A Tort Recovery, Under Persuasion Of Corruption.
(This experiment Involves the Use Of "Directed Energy"
[see: "Proton therapy" + "Radiation therapy" for e.g.) (also
Has envolved Never Consent druggings), This Conspiracy
Has Also Involved, Actual, factual, And Completely Provable
Attempts to Murder (me.); (At the least) two of
Which Have occured In Harris County Custody.
(more then two actualy, But two that are easily
Proven.) One Of Which envolved a Seargent Of
Harris County, Who does Not work at the Jail. (He
Wore Rank Bars on His Uniform); and Who Should Be
Joined As a defendent In this Action. His Name
Is Seargent "Thompson", Who was Assigned to "Guard"
Me, When I was Admitted to Memorial Herman Hospital
In April of 2023 (After the other Attempt to Murder
Me By Poisoning, Induced A Stroke.); He watched
over Me from Approximately 12:00 pm on April 16, 2023,
to the Morning Of April 17, 2023.
Every Single Request sent Via "BTI Genesis. Con"
Should Be Subpoenied By this Court, And All Grievences

Rocky Annis Complaint - employees Harris County Tx. P.O. Box 64
Doc. 8-29-23

Second
As Well; And All Other Complaints I've filed or Made In Any Way to Any Court At Any time. (Any or Which I Can Provide Copies Or Currently On the Most Have one 2,500 R-avail Under My Personal Account # 61841342, On GTLGENRSRS.Com. And that # grows every day. — Forensic I.T. Investigation Should Be done, To ensure None Have Been deleted. And If So, those deleting the Messages or Otherwise Obstructing, Should Be arrested And Charged W/ Deprivation Of Rights And full Scope of Conspiracy; And Should Be Joined As defendants In This Action.

I'll Stop Here, As the Many Violations I experience that are Daily (while extreme or more Relaxed) Are far too Many to describe. Much Of Which But Not All Are described In the Other Complaints I've filed.

Every Person In this Jail, Who's Had Any Contact With Me, Or Who's Had even A Slight Chance Or Contact With Me, has Been Involved, At the Least, By the Practice Of "Willful Blindness" to Conspiracy. This Has Included Corrections officers. And All Again Renkers Officers.

Rocky Minus - Complevne - Minor Co. employees.    Pg.7 of 14

Doc. 1 Pg. 7

Second

\* PRAYER \*

It's My prayer to this Court, that It fuel grant Me Injunctive Relief, even prior to the Culmination of this Litigation, (Concordening 18 USCS 1514 And TCCrP 16.18); In this Jail, I'm very vulnerable To further Injury By Continuous Violations, And No Doubt, will suffer further Damage If No Injunctive Relief Be granted... After filing this (Maybe Sooner) It's likely the Crimes Against Me will Increase.

I pray that the Court Award Me damages from every Corrections Officer of low Rank (Below Sgt.) In the Amount of $30,000,000.00 (Yes, thirty Million dollars) - (This Amount Is Requested Collectively Between All of these)

And that Collectively from Every Ranking Officer (Above Sgt.) I Request that damages Be Awarded In the Amount of $40,000,000.00 (Forty Million dollars.)

I Request that All Medical Staff, Collectively Award $30,000,000.00 (thirty Million dollars,

And from any Other employee/agent at this Jail, Who should Have Known Reasonably, or did know or who had any knowledge of the Crimes Being Committed At this Jail, And did

Rocky Mnur Complaint - Minor Co. Employees.  P. 8 or 14

Second

Not Report Conspiracy. I Request $30,000,000.00 (Thirty Million Dollars In Damages)

Collectively of Course.

In Vindication Of Civil Rights I Also Request Reasonable Attorneys Fees.

In Vindication Of Civil Rights, I do Request Reasonable Expert Fees.

And I Request that Punitive And exemplary damages Be Awarded, <u>TO SET AN EXAMPLE</u> And to Punish Current Offenders, For the Heinous Nature of the Conspiracy And Outrageous Conduct envolved In It.

And As A Deterrent To Any Future "Would be" Offenders, — In An Amount to Be Decided By An Honorable Judge, Who defends the Constitution Of this Country, And It's Peoples.

And the Rights of <u>Single Individuals</u>, Unjustly Attacked, By <u>Large Groupes</u> Of <u>Funded</u> Agencies.

*<u>Order Of the Court</u>*

After a lengthy <u>Federal Investigation</u> (should be the Case) and Addressing the evidence got By Her And Testimony And other evidences Provided By the Plaintiffs, And Others. The Court decides In favor of the Plaintiffs. And Her He should

Rocky Hunter - Complaint Hunor Co-employer
Second
Pg 9 or 14

Awarded $_____.00 In Damages Collectively By All Law Enforcing Officers at Harris County Jail (RA)(Sgt or Below) (Below Sgt)
☐ - Granted _____ Crai
Judge Presiding

$_____.00 In damages from all Enforcing Officers (Sgts or Higher) at the Harris County Jail, or others who are Employed By the County and Shown to Have At the Least, Had knowledge or Conspiracy, And did Not Report. ☐ granted _____
Judge

INJUNCTIVE Relief Is Immediately Granted, Concerning 18 USCS 1514 And TCCRP 16.16 and (Tex. Govt. 351.044) to Prevent further Harm and Damages to the Plaintiff, While the Case Is In Litigation. ☐ - granted _____
Judge Presiding

In Vindication of Court Rights, Reasonable Attorney's fees Are granted In the Amount of $_____.00 ☐ granted _____
Judge Presiding

In Vindication of court Rights, Reasonable Expert fee Is granted In the Amount of $_____.00
☐ granted _____
Judge Presiding.

Rocky Ramos Corpherate Henex Co employees. PO Box 169

Second

And from Medical Staff who were all aware and did have knowledge, the Court Awards the Plaintiff $ _____ .00 In damages.

☐ Granted _____
      Judge Presiding

And from All Other employees, Of/for Hinds County, (The Jail or Otherwise) that Investigation Shows did have knowledge, or By Reasoning Should have known of His Conspiracy, the Plaintiff Is Awarded $ _____ .00

☐ Granted _____
      Judge Presiding

And Collectively from All Defendants Punitive And Exemplary Are Awarded to the Plaintiff, In the Amount of $ _____ .00 Who Investigation Has Shown to Have Been Involved, Or Who Had knowledge or By Reasoning, Should Have Had knowledge And did Not Report Conspiracy. For the Heinous And Slemfull Nature of It. And the outrageous Conduct Involved. to Prevent And Deter.
    To Set An Example.

☐ - Granted _____
      Judge Presiding

IT IS SO ORDERED! _____
      Judge Presiding date

Pg. 8-24-23

Rocky Mount Conference Hearing Co-employer.             14 of 14
                    Seconded

(If this Court should Rule In A "Denial" on Any Portion of this Request for Relief Either Wholy or In Part, It Should State Both the Denial, And Reasoning for Her Denial IN WRITING; And then Attach Both of those to this Document And All 3, Denial, Reasoning, And this Doc. Should Be entered As An Exhibit to the Record of the Case file.

Rocky Annor
V.
Sheriff and Other Members of Their Court

Doc. 8-24-23   Concerven   12 of 14

\* Statement of Indigency, And Inability to Pay Court Cost. -

I Rocky Annor, Am the Plaintiff In this Case & Cause, And Am Currently An Inmate (Inmate #01541342) at the Harris County Jail, In Harris County Tx. I'm 43 Years of Age, And Mentally Competent. And I do Swear Under the Penalty of Perjury that I Myself, Am Completely Indigent, And Cannot Pay Any Court Cost, or Fees, In Concern of this Case.

I do Attest here as well, that I Do HAVE JUST CAUSE (Too Much Just Cause) In Filing this Action And I Should Be Awarded Damages Sought.

In Support of this Attestation I'm Attaching A Copy of the Past 6 months of My Inmate Trust Fund Activity.

Executed this _____ day of _____ 2023

(A copy of this document, And trust history should be added to all of my Prior And Future Filings As long As I am Incarcerated)

Doc. 8-24-23        P. 13 of 14

## Request to Proceed In forma Pauperus

I Rocky Annor, Inmate #01841342 at the Harris County Jail, In Harris County TX. Am 43 Years of Age. And I Am Mentally Competent. I swear Under Penalty of Perjury that I Am 100% Indigent, And I Request to Be Allowed to Proceed In this Action In forma Pauperus, u, Per, 28 USCS 1915
Executed this _____ day of _____ 2023

Rocky Annor

Please Apply A copy of this Document, And to. To All of My filings Past Present and future, for as long As I'm Incarcerated. (Closed or Open Cases)

Rocky Munoz

Doc #0 8-24-23      P. 14 or 14

Unsworn Declaration or Good Faith

I Rocky Munoz Pancle # 01841342, At the Harris County Jail at the Harris County, Tx. Am of 43 Years of Age, And Muldy Complean And I do Swear Under the Penlty of Perjury, That I Am Personly Aquinted With all facts Contained In this Complaint And In all the other Complaints I've filed With this Court, All of Which Should Be Consolidated Into One Case As It All deteils the Same Conspiracy. And Further that this and all other Complaints Have Been Made In 100% good Feith. And Are In No Way Ment to Harress Nor Con. Nor Are they Intended for Any Other Cause except to Seek Justice And what's Right for My Self And My Country.

Executed this ____ day of ____ 2023

Notice for filing, Please apply this Document To All of My filings, Past Present And future, for as long as ~~

Legal Work Product!!

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name Rocky Annis
SPN 01841342  Cell JP1A
Street 1200 BAKER Street
HOUSTON, TEXAS 77002



The United States District Court Clerk
515 Rusk
Houston Tx. 77002
(Civil Complaint)

Time Sensitive!
Priority Mail!!
Contious Report Of Ongoing Conspiracy!

